IN THE SUPREME COURT OF THE STATE OF NEVADA

ANAHIT KABADIAN, N/K/A ANAHIT
YORGANS,
Appellant,
vs.
KENNETH KABADIAN,
Respondent.

No. 72359

**FILED**

APR 21 2017

ELIZABETH A. BROWN
CLERK SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to appellant's notice of withdrawal of appeal filed on February 24, 2017, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Elizabeth A Brown_

cc: Hon. Mathew Harter, District Judge
Backus, Carranza & Burden
Willick Law Group
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-13339